UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROBERT ALLEN FOX, JR.,

                    Plaintiff,                   Case No.  1:06cv637

v.                                        Hon. Gordon J. Quist

MICHAEL R. SMITH, et al.,

                    Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on November 17, 2006.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed November 17, 2006, is approved and adopted as the opinion of the court.

      **IT IS ORDERED** that Plaintiff's complaint is dismissed for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b), and 42 U.S.C. § 1997e(c).  This dismissal counts as a strike for purposes of 28 U.S.C. § 1915(g).

      **IT IS FURTHER ORDERED** that the Court finds no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3).  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

                                 /s/Gordon J. Quist
                                Hon. Gordon J. Quist
                                 U.S. District Judge

Dated:  November 28, 2006