UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ROBERT ALLEN FOX,

      Plaintiff,                                     Case No.  1:06-CV-637

v.                                                   Hon. Gordon J. Quist

MICHAEL R. SMITH, *et al.*,

      Defendants.

                            /

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on Plaintiff on October 5, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 4, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Christine Palmer's and Clifton Edwards' Motion For Summary Judgment and The Hillsdale County Defendants' Motion For Summary Judgment (docket nos. 113 and 115) are **GRANTED**.

**IT IS FURTHER ORDERED** that the unserved defendants are granted summary judgment on the grounds asserted by the other Defendants in their Motions For Summary Judgment.

This case is **concluded**.


Dated:  November 1, 2011                                     /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE